

**Evangelista LUGO, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 01–3216.

United States Court of Appeals, Federal Circuit.

DECIDED: July 1, 2001.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Deborah GARTNER, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 01–3198.

United States Court of Appeals, Federal Circuit.

DECIDED: July 1, 2001.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Adelaide M. WALSH, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3178.

United States Court of Appeals, Federal Circuit.

DECIDED: July 1, 2001.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DIS-

MISSED, for failure to prosecute in accordance with the rules.

**CONSOLIDATED FLOORING SERVICES and Monroe Schneider Associates–Texas, Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 01–5112.**

United States Court of Appeals, Federal Circuit.

DECIDED: July 6, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**OVERSEAS THREAD INDUSTRIES, LTD., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 01–5102.**

United States Court of Appeals, Federal Circuit.

DECIDED: July 6, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re C. Steven MCDANIEL, Frank M. Raushel, and James R. Wild**

**01–1397**
**Serial No. 09/252,384**

United States Court of Appeals, Federal Circuit.

DECIDED: July 6, 2001.

ORDER

The order of dismissal and the mandate dated July 3, 2001 having been issued in